CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 0 8 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEREK GILMAN, | |
| Plaintiff, | Civil Action No. 7:09-cv-00156 |
| v. | **FINAL ORDER** |
| JETBROADBAND VA, LLC, | By: Hon. James C. Turk |
| | Senior United States District Judge |
| Defendant. | |

This matter is presently before the court on Plaintiff Derek Gilman's Objection to Removal (Dkt. No. 6) and Defendant JetBroadband VA, LLC's Motion to Dismiss (Dkt. No. 3). In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the case is **REMANDED** back to the Circuit Court of Radford, Virginia pursuant 28 U.S.C. § 1447 for any and all further proceedings, and Defendant's Motion to Dismiss is **DENIED** as Moot. It is further **ORDERED** that the original case file be returned to the Clerk of the Circuit Court of Radford, Virginia.

The Clerk of Court is directed to strike the case from the active docket of the court and to send a copy of this Final Order and accompanying Memorandum Opinion to counsel of record for the parties and to the Clerk of the Circuit Court of Radford, Virginia.

ENTER: This 8th day of July, 2009.

_/s/ James C. Turk_
Hon. James C. Turk
Senior United States District Judge